AO 245D (Rev. 06/05 - VAW Additions 6/05) Judgment in a Criminal Case for Revocations
Sheet 1

CLERK'S OFFICE U.S. DIST. COU
AT ABINGDON, VA
FILED
JUL 10 2009
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## Western District of Virginia

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| V. | (For **Revocation** of Probation or Supervised Release) |
| KIMBERLY R. JOHNSON | Case Number: DVAW109CR000009-001 |
| | Case Number: |
| | USM Number: 13736-021 |
| | Nancy C. Dickenson, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

[X] admitted guilt to violation of condition(s)   Mandatory, Standard & Special   of the term of supervision.

[ ] was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Charged with intoxicated in public | 6/29/09 |
| 2 (Standard #3) | Failed to answer inquiries by the Probation Officer and failed to follow the instructions of the Probation Officer | 6/29/09 |
| 3 (Standard #7) | Tested positive for alcohol | 6/2909 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-4265

Defendant's Date of Birth: 1976

Defendant's Residence Address:
Bristol, Virginia

Defendant's Mailing Address:
Bristol, Virginia

July 7, 2009
Date of Imposition of Judgment

_/s/_
Signature of Judge

James P. Jones, Chief United States District Judge
Name and Title of Judge

7/10/09
Date

AO 245D (Rev. 06/05 - VAW Additions 6/05) Judgment in a Criminal Case for Revocations
Sheet 1 A

DEFENDANT: KIMBERLY R. JOHNSON
CASE NUMBER: DVAW109CR000009-001

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 4 (Special #4) | Tested positive for alcohol | 6/29/09 |
| 5 (Special #5) | Failed to comply with the conditions of home confinement/electronic monitoring | 6/29/09 |
| 6 (Special #7) | Was found in the company of Tony Williams | 6/29/09 |

AO 245D (Rev. 06/05 - VAW Additions 6/05) Judgment in a Criminal Case for Revocations
Sheet 1 A

Judgment-Page 2 of 5

DEFENDANT:    KIMBERLY R. JOHNSON
CASE NUMBER: DVAW109CR000009-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
One (1) month, consisting of the same term on each of Counts Two and Three to run concurrently.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before _____ on _____

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
a _____, with a certified copy of this judgment.

                             UNITED STATES MARSHAL

                By _____
                             DEPUTY UNITED STATES MARSHAL

DEFENDANT: KIMBERLY R. JOHNSON
CASE NUMBER: DVAW109CR000009-001

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

One (1) year, consisting of the same term on each count to run concurrently.

   The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☒   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☒   The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐   The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐   The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

   If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

   The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: KIMBERLY R. JOHNSON
CASE NUMBER: DVAW109CR000009-001

Judgment-Page 5 of 5

# SPECIAL CONDITIONS OF SUPERVISION

While on supervised release, the defendant:

(1) Must not possess a firearm or destructive device and shall reside in a residence free of firearms, ammunition, destructive devices, and dangerous weapons;

(2) Must submit to warrantless search and seizure of person and property by the probation officer or other law enforcement officer, whenever such officer has reasonable suspicion that the defendant is engaged in criminal activity;

(3) Must participate in a program of testing and treatment for substance abuse as directed by the probation officer, until such time as the defendant is released from the program by the officer;

(4) Must participate in a program of mental health treatment as directed by the probation officer, until such time as the defendant is released from the program by the officer; and

(5) Must not purchase, possess, use or administer any alcohol, or frequent any businesses whose primary function is to serve alcoholic beverages; and

(6) Must not have any contact with Tony Williams and/or Marty Stump.